### PENNSYLVANIA *v.* JAMES MONTGOMERY.

A WRIT of *habeas corpus*, for *Catharine*, a mulatto woman, having been directed to *James Montgomery*, he returned, that he claimed her as a servant under an indenture, dated 7th *November*, 1777, by the overseers of the poor of *Leacock* township in *Lancaster*

county, with the confent of two juftices of the county, binding her, as the child of a woman an indented fervant of his, to him, till the faid mulatto child, born 8th *September*, 1775, fhould accomplifh her full age of thirty-one years, according to law.

*Brackenridge*, for the mafter.    This indenture is executed by virtue of the act for the better regulating of *Negroes*.    The binding of the overfeers is concluſive, that all the neceffary requifites for giving them authority exifted at the time; and the exiftence of thofe requifites is not now traverfable.    Many acts of juftices, as convictions on view, &c. are records, and not traverfable.    No man would take a fervant, if, after twenty years, the ground of the binding were traverfable; and thus the law, intended to preferve the blood from commixture, would be entirely defeated.    The law requires not only the agency of overfeers, who are mere minifterial agents, but of juftices of the peace, who are judicial officers.    This fhews an intention to make their joint acts conclufive.

*Young*, for the woman.    The act has a variety of objects in view,    The 8th fection is the material one. It enacts that if any white man or woman cohabit or dwell with any *Negro* under pretence of being married, the child or children of fuch white man or woman fhall be put out to fervice until they come to the age of thirty-one years.    It gives no power to record a conviction.    The courts had this power.    In fome other cafes in this act, fingle juftices have powers.

There ought to have been a previous conviction in the county court, and, in confequence of that, with, or perhaps without, an order of the court, the overfeers could bind.    Then the proof could, at any diftance of time, be given.    The binding is in confequence of the conviction, and is a part of the punifhment.

Here the innocent offspring is bound by the act of mere executive officers.    This is fuch tyranny as can exift in no free country.    Indeed the law is now repealed.

Were the conftruction contended for to be held good, it would be eafy for the overfeers to pick up and bind any helplefs mulatto child.    Shall not this be enquired into?

S 4

1795.

The authority is merely ministerial, and must be subject to control. The subject requires the solemnity of a court of record.

Commissioners of bankruptcy have powers like a court of record. They may imprison, &c. ; yet their acts are traversable.

In most cases of summary convictions, forms of conviction are prescribed; why did not this act prescribe a form, if it was intended that any act out of court should be conclusive?

The law is careful of the person and interest of minors. It appoints guardians for them.

A conviction is necessary to recover the fine of 30*l.* under this section; *a fortiori*, to bind the innocent child. The court will surely not presume what ought to be established by a conviction.

The indenture does not even set out the necessary requisites: it says not, that the father and mother *lived together under pretence of marriage.* The overseers therefore shew no authority. It may have been an ordinary binding of a helpless orphan, and good only till 18 years of age. The petitioner has already served 19 years; and that is sufficient to indemnify the master.

*Brackenridge.* There are two parts of the punishment of the offence against this act; one is the fine of the parents, another the servitude of the child. There is no reason, why, because the state has not prosecuted for the one, the overseers may not exercise their part of the duty. The two things are entirely separate. The acts of a justice of the peace are frequently conclusive; as in cases of debt under forty shillings, and in many convictions for the breach of penal laws.

We are to consider this case, as if it were discussed the day after the binding, with all the prejudices then existing. The binding was not traversable one hour after it was completed. If traversable then, I admit, it is traversable now.

PRESIDENT. Overseers of the poor have a right to bind out children, who have none to provide for them, till, if females, they arrive at the age of 18 years, or, if males, at the age of 21 years; when, it is presumed, they can provide for themselves. This indenture is good till eighteen.

1795.

It is a fettled point, that one man is not bound by the act of another, except as to rights claimed under that other. A verdict, &c. between two may be traverfed by a third perfon affected by it.

This woman, arrived at an age to provide for herfelf, calls for the authority of the mafter or the overfeers, to keep her longer in fervitude. No authority is fhewn, but the indenture. That, of itfelf, is not fufficient, for a longer term, than till the woman bound arrives at the age of eighteen.

The woman was difcharged.